Case Number: 2:23-cv-07952

# ATTACHMENT A

*Attorneys for Plaintiffs:*

**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Applications for admission *pro hac vice* forthcoming.

**THE VORA LAW FIRM, P.C.**
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

Case Number: 2:23-cv-07952

**ATTACHMENT B**

*Section VI Cause of Action:*

Plaintiffs bring conversion/trespass to chattels, breach of bailment, and negligence claims under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–80, and California state law; a claim for breach of bailment contract under the Little Tucker Act, 28 U.S.C. §§ 1346(a)(2); a claim for the taking of their property without just compensation under the Little Tucker Act and directly under the Fifth Amendment's Takings Clause; Fourth Amendment search-and-seizure claims under *Bivens*, the Westfall Act, California's Bane Act, and directly under the Fourth Amendment; and an as-applied Due Process Claim directly under the Fifth Amendment. Plaintiffs also bring their claims under the Declaratory Judgments Act, 28 U.S.C. §§ 2201, 2202, as well as directly under the U.S. Constitution. Plaintiffs seek damages for the loss of their property and declaratory relief that the Constitution entitles them to a remedy for the loss of their property.

Case Number: 2:23-cv-07952

# ATTACHMENT C

*Related Cases:*

| Case Title | Case No. | Judge Assigned |
|---|---|---|
| *U.S. v. U.S. Private Vaults* | No. 21-cr-106 | Hon. Mark C. Scarsi |
| *John Doe v. U.S., et al.* | No. 21-cv-2803 | Hon. R. Gary Klausner |
| *James Poe v. U.S., et al.* | No. 21-cv-2900 | Hon. R. Gary Klausner |
| *Richard Roe v. U.S., et al.* | No. 21-cv-2919 | Hon. R. Gary Klausner |
| *Michael Moe v. U.S., et al.* | No. 21-cv-2990 | Hon. R. Gary Klausner |
| *Charles Coe v. U.S., et al.* | No. 21-cv-3019 | Hon. R. Gary Klausner |
| *Does 1-6 v. U.S., et al.* | No. 21-cv-3254 | Hon. R. Gary Klausner |
| *Michael Magee v. U.S., et al.* | No. 21-cv-3294 | Hon. R. Gary Klausner |
| *Mitchell Magee v. U.S., et al.* | No. 21-cv-3298 | Hon. R. Gary Klausner |
| *Louis Loe v. U.S., et al.* | No. 21-cv-3348 | Hon. R. Gary Klausner |
| *Dr. Linda R., et al. v. U.S.* | No. 21-cv-3554 | Hon. R. Gary Klausner |
| *John Joe v. U.S., et al.* | No. 21-cv-4366 | Hon. R. Gary Klausner |
| *Paul Snitko, et al. v. U.S.*[1] | No. 21-cv-4405 | Hon. R. Gary Klausner |
| *Peter Gallagher v. U.S.* | No. 21-cv-5073 | Hon. R. Gary Klausner |
| *Jack Doe, et al. v. U.S., et al.* | No. 21-cv-5695 | Hon. R. Gary Klausner |
| *Donald Leo Mellein, et al. v. U.S., et al.* | No. 21-cv-6588 | Hon. R. Gary Klausner |

---

[1] Plaintiffs here are also plaintiffs in case no. 21-cv-4405, which is currently pending before the United States Court of Appeals for the Ninth Circuit.

Case Number: 2:23-cv-07952

| Case Title | Case No. | Judge Assigned |
|---|---|---|
| *United States v. $305,000* | No. 21-cv-6968 | Hon. R. Gary Klausner |
| *United States v. $341,500.00* | No. 21-cv-6967 | Hon. R. Gary Klausner |
| *United States v. $399,000.00* | No. 21-cv-6966 | Hon. R. Gary Klausner |
| *United States v. $600,980.00* | No. 21-cv-6965 | Hon. R. Gary Klausner |
| *United States v. $599,870.00 Plus Coins, et al.* | No. 21-cv-7078 | Magistrate Judge Steve Kim |
| *United States v. $462,880.00 Plus Jewelry* | No. 21-cv-7077 | Hon. Fernando M. Olguin |
| *United States v. $400,000.00* | No. 21-cv-7153 | Hon. Philip S. Gutierrez |
| *United States v. $240,000.00 and Misc. Precious Items* | No. 21-cv-7155 | Hon. Philip S. Gutierrez |
| *United States v. $1,500,090.00* | No. 21-cv-7192 | Hon. Stephen V. Wilson |
| *United States v. $709,900.00* | No. 21-cv-7191 | Hon. R. Gary Klausner |
| *United States v. $250,000.00* | No. 21-cv-7188 | Hon. R. Gary Klausner |
| *United States v. $914,700.00* | No. 21-cv-7242 | Hon. R. Gary Klausner |
| *United States v. $150,900.00* | No. 21-cv-7231 | Hon. Fernando L. Aenlle-Rocha |
| *United States v. $1,083,740.00* | No. 21-cv-7279 | Hon. R. Gary Klausner |
| *United States v. $1,182,500.00* | No. 21-cv-7286 | Hon. Christina A. Snyder |
| *United States v. $1,207,685.00* | No. 21-cv-7276 | Hon. Dolly M. Gee |
| *United States v. $443,000.00* | No. 21-cv-7315 | Hon. Fred W. Slaughter |

Case Number: 2:23-cv-07952

| Case Title | Case No. | Judge Assigned |
|---|---|---|
| *United States v. $1,479,100.00* | No. 21-cv-7311 | Hon. John A. Kronstadt |
| *United States v. $256,276.00, et al.* | No. 21-cv-7310 | Hon. Christina A. Snyder |
| *United States v. $325,680.00* | No. 21-cv-7331 | Hon. R. Gary Klausner |
| *United States v. $274,030.00* | No. 21-cv-7481 | Hon. R. Gary Klausner |
| *United States v. $330,020* | No. 21-cv-7472 | Hon. R. Gary Klausner |
| *United States v. $199,950.00* | No. 21-cv-7487 | Hon. R. Gary Klausner |
| *United States v. $154,600.00* | No. 21-cv-7484 | Hon. R. Gary Klausner |
| *United States v. $1,194,750.00* | No. 21-cv-7477 | Hon. R. Gary Klausner |
| *United States v. $570,000.00* | No. 21-cv-7463 | Hon. R. Gary Klausner |
| *United States v. $340,000.00, et al.* | No. 21-cv-7505 | Hon. Mark C. Scarsi |
| *United States v. $200,000.00* | No. 21-cv-7566 | Hon. R. Gary Klausner |
| *United States v. $217,285.00 and Two Rolex Watches, et al.* | No. 22-cv-0015 | Hon. R. Gary Klausner |
| *United States v. Cryptocurrency* | No. 22-cv-0556 | Hon. Christina A. Snyder |
| *Doe 1, et al. v. United States, et al.* | No. 22-cv-1722 | Hon. R. Gary Klausner |
| *United States v. $726,300.00, and 196 Misc. Collectible Coins* | No. 22-cv-5908 | Hon. Stanley Blumenfeld, Jr. |