**THE VORA LAW FIRM, P.C.**
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENI PEARSONS and MICHAEL STORC,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA; Federal Bureau of Investigation Special Agent LYNNE ZELLHART, in her individual capacity; and DOES 1 through 5, Federal Bureau of Investigation agents in their individual capacities,**<br><br>Defendants. | Case No. 2:23-cv-07952<br><br>**ATTACHMENT TO CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

| PARTY | CONNECTION/INTEREST |
|---|---|
| 1. Jeni Pearsons, Plaintiff | 1. Is seeking relief in connection with the loss of her property. |
| 2. Michael Storc, Plaintiff | 2. Is seeking relief in connection with the loss of his property. |
| 3. United States of America, Defendant | 3. Potentially liable to Plaintiffs for loss of property |
| 4. FBI Special Agent Lynne Zellhart, Defendant | 4. Potentially liable to Plaintiffs for loss of property. |
| 5. DOES 1 through 5, FBI agents, Defendants | 5. Potentially liable to Plaintiffs for loss of property. |