**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Applications for admission *pro hac vice* forthcoming

**THE VORA LAW FIRM, P.C.**
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENI PEARSONS AND MICHAEL STORC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; Federal Bureau of Investigation Special Agent LYNNE ZELLHART, in her individual capacity; and DOES 1 through 5, Federal Bureau of Investigation agents in their individual capacities,<br><br>Defendants. | Case No. 2:23-cv-07952<br><br>**PLAINTIFFS' NOTICE OF RELATED CASES** |

Plaintiffs Jeni Pearsons and Michael Storc hereby provide notice of related cases pursuant to Local Rule 83-1.3.1. This case is related to the following cases that have been filed in this Court (which are also noted on the civil cover sheet):

| Case Title | Case No. | Date Filed |
|---|---|---|
| *U.S. v. U.S. Private Vaults* | No. 21-cr-106 | 3/9/2021 |
| *John Doe v. U.S., et al.* | No. 21-cv-2803 | 3/31/2021 |
| *James Poe v. U.S., et al.* | No. 21-cv-2900 | 4/3/2021 |
| *Richard Roe v. U.S., et al.* | No. 21-cv-2919 | 4/5/2021 |
| *Michael Moe v. U.S., et al.* | No. 21-cv-2990 | 4/6/2021 |
| *Charles Coe v. U.S., et al.* | No. 21-cv-3019 | 4/7/2021 |
| *Does 1-6 v. U.S., et al.* | No. 21-cv-3254 | 4/15/2021 |
| *Michael Magee v. U.S., et al.* | No. 21-cv-3294 | 4/16/2021 |
| *Mitchell Magee v. U.S., et al.* | No. 21-cv-3298 | 4/16/2021 |
| *Louis Loe v. U.S., et al.* | No. 21-cv-3348 | 4/19/2021 |
| *Dr. Linda R., et al. v. U.S.* | No. 21-cv-3554 | 4/26/2021 |
| *John Joe v. U.S., et al.* | No. 21-cv-4366 | 5/25/2021 |
| *Paul Snitko, et al. v. U.S.*[1] | No. 21-cv-4405 | 5/27/2021 |
| *Peter Gallagher v. U.S.* | No. 21-cv-5073 | 6/22/2021 |
| *Jack Doe, et al. v. U.S., et al.* | No. 21-cv-5695 | 7/14/2021 |
| *Donald Leo Mellein, et al. v. U.S., et al.* | No. 21-cv-6588 | 8/13/2021 |
| *United States v. $305,000* | No. 21-cv-6968 | 8/30/2021 |

---

[1] Plaintiffs here are also plaintiffs in case no. 21-cv-4405, which is currently pending before the United States Court of Appeals for the Ninth Circuit.

| Case Title | Case No. | Date Filed |
|---|---|---|
| *United States v. $341,500.00* | No. 21-cv-6967 | 8/30/2021 |
| *United States v. $399,000.00* | No. 21-cv-6966 | 8/30/2021 |
| *United States v. $600,980.00* | No. 21-cv-6965 | 8/30/2021 |
| *United States v. $599,870.00 Plus Coins, et al.* | No. 21-cv-7078 | 9/2/2021 |
| *United States v. $462,880.00 Plus Jewelry* | No. 21-cv-7077 | 9/2/2021 |
| *United States v. $400,000.00* | No. 21-cv-7153 | 9/7/2021 |
| *United States v. $240,000.00 and Misc. Precious Items* | No. 21-cv-7155 | 9/7/2021 |
| *United States v. $1,500,090.00* | No. 21-cv-7192 | 9/8/2021 |
| *United States v. $709,900.00* | No. 21-cv-7191 | 9/8/2021 |
| *United States v. $250,000.00* | No. 21-cv-7188 | 9/8/2021 |
| *United States v. $914,700.00* | No. 21-cv-7242 | 9/9/2021 |
| *United States v. $150,900.00* | No. 21-cv-7231 | 9/9/2021 |
| *United States v. $1,083,740.00* | No. 21-cv-7279 | 9/10/2021 |
| *United States v. $1,182,500.00* | No. 21-cv-7286 | 9/10/2021 |
| *United States v. $1,207,685.00* | No. 21-cv-7276 | 9/10/2021 |
| *United States v. $443,000.00* | No. 21-cv-7315 | 9/13/2021 |
| *United States v. $1,479,100.00* | No. 21-cv-7311 | 9/13/2021 |
| *United States v. $256,276.00, et al.* | No. 21-cv-7310 | 9/13/2021 |
| *United States v. $325,680.00* | No. 21-cv-7331 | 9/14/2021 |
| *United States v. $274,030.00* | No. 21-cv-7481 | 9/17/2021 |
| *United States v. $330,020* | No. 21-cv-7472 | 9/17/2021 |

PLAINTIFFS' NOTICE OF RELATED CASES

| Case Title | Case No. | Date Filed |
|---|---|---|
| *United States v. $199,950.00* | No. 21-cv-7487 | 9/17/2021 |
| *United States v. $154,600.00* | No. 21-cv-7484 | 9/17/2021 |
| *United States v. $1,194,750.00* | No. 21-cv-7477 | 9/17/2021 |
| *United States v. $570,000.00* | No. 21-cv-7463 | 9/17/2021 |
| *United States v. $340,000.00, et al.* | No. 21-cv-7505 | 9/20/2021 |
| *United States v. $200,000.00* | No. 21-cv-7566 | 9/22/2021 |
| *United States v. $217,285.00 and Two Rolex Watches, et al.* | No. 22-cv-0015 | 1/3/2022 |
| *United States v. Cryptocurrency* | No. 22-cv-0556 | 1/26/2022 |
| *Doe 1, et al. v. United States, et al.* | No. 22-cv-1722 | 3/15/2022 |
| *United States v. $726,300.00, and 196 Misc. Collectible Coins* | No. 22-cv-5908 | 8/19/2022 |

Both this lawsuit and the above lawsuits originated with the government's March 22, 2021, raid of U.S. Private Vaults (USPV), a private safe-deposit box company that operated in Beverly Hills, California. The above lawsuits include the criminal proceeding against USPV (which included motions for the return of property filed by non-parties), separate lawsuits by boxholders challenging the seizure of their property and seeking its return, a class action (*Snitko*) challenging whether the Fourth Amendment permitted the government to open and search the safe-deposit boxes, and civil forfeiture actions brought by the government against property it seized from some of the safe-deposit boxes. This case centers on obtaining a remedy for two individual Plaintiffs, who stored personal property in their safe-deposit box at USPV that was lost after the government took custody of it during the raid. It therefore involves different legal theories and different forms of

relief, and generally challenges different aspects of the government's USPV raid, than the cases identified above. This case and the cases identified above will nevertheless involve some factual overlap regarding the execution of the raid and the conduct of ensuing searches.

Dated: September 22, 2023                    Respectfully Submitted,

                                                                        /s/ Lou Egerton-Wiley

**INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
16781 Chagrin Blvd. Suite 256
rjohnson@ij.org
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Applications for admission *pro hac vice* forthcoming.

**THE VORA LAW FIRM, P.C.**
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*