**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Applications for admission *pro hac vice* forthcoming

**THE VORA LAW FIRM, P.C.**
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JENI PEARSONS AND MICHAEL STORC,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**UNITED STATES OF AMERICA; Federal Bureau of Investigation Special Agent LYNNE ZELLHART, in her individual capacity; and DOES 1 through 5, Federal Bureau of Investigation agents in their individual capacities,**<br><br>Defendants. | Case No. 2:23-cv-07952<br><br>**PLAINTIFFS' SECOND NOTICE OF RELATED CASES** |

Plaintiffs Jeni Pearsons and Michael Storc hereby supplement their earlier Notice of Related Cases under Local Rule 83-1.3.1 to identify a newly filed case that is also related to this one. The newly filed was filed in this Court on September 22, 2023: *Donald Leo Mellein v. United States et al.,* No. 2:23-cv-07970.

Both this lawsuit and *Mellein v. United States* originated with the government's March 22, 2021, raid of U.S. Private Vaults (USPV), a private safe-deposit box company that operated in Beverly Hills, California. Additionally, both cases seek damages resulting from the government's loss of property that was stored in the USPV boxes. They therefore raise similar factual questions about the government's promises to safeguard the property and its failure to do so. They also raise similar legal questions about the plaintiffs' right to damages resulting from the government losing their property.

Dated: September 22, 2023

Respectfully Submitted,

/s/ Lou Egerton-Wiley

**INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
16781 Chagrin Blvd. Suite 256
rjohnson@ij.org
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Applications for admission *pro hac vice* forthcoming.

**THE VORA LAW FIRM, P.C.**
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com

201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*