# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **ROBERT PELLER FROMMER** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. FROMMER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 22, 2005**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued September 26, 2023

DaVida M. Davis
Director of Regulatory Compliance