Name and address:
THE VORA LAW FIRM, P.C.
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENI PEARSONS and MICHAEL STORC<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Plaintiff(s) / Defendant(s). | CASE NUMBER<br>2:23-cv-07952-RGK-MAR<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  [18] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Frommer, Robert P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 682-9320   (703) 682-9321
*Telephone Number*   *Fax Number*

rfrommer@ij.org
*E-Mail Address*

of

Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA  22203
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
JENI PEARSONS and MICHAEL STORC

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel
Egerton-Wiley, Lou
*Designee's Name (Last Name, First Name & Middle Initial)*

323482   (424) 258-5190
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

lou@voralaw.com
*E-Mail Address*

of

THE VORA LAW FIRM, P.C.
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  10/6/2023

*signature: Gary Klausner*
U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1