Name and address:

THE VORA LAW FIRM, P.C.
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENI PEARSONS and MICHAEL STORC<br><br>                              v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>                                   Plaintiff(s)<br>                                   Defendant(s). | CASE NUMBER<br><br>2:23-cv-07952-RGK-MAR<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* **[19]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Johnson, Robert E.    of    Institute for Justice
*Applicant's Name (Last Name, First Name & Middle Initial)*        16781 Chagrin Blvd. Suite 256
(703) 682-9320    (703) 682-9321                Shaker Heights, OH 44120
*Telephone Number*    *Fax Number*
rjohnson@ij.org
*E-Mail Address*                                                  *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
JENI PEARSONS and MICHAEL STORC

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: ____

and designating as Local Counsel
Egerton-Wiley, Lou    of    THE VORA LAW FIRM, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*        201 Santa Monica Boulevard, Suite 300
323482    (424) 258-5190                Santa Monica, California 90401
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
lou@voralaw.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: ____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  10/6/2023                                    */s/ Gary Klausner*
                                                    U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)    ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1