**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Pro hac vice* pending

**THE VORA LAW FIRM, P.C.**
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401 Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENI PEARSONS and MICHAEL STORC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; Federal Bureau of Investigation Special Agent LYNNE ZELLHART, in her individual capacity; and DOES 1 through 5, Federal Bureau of Investigation agents in their individual capacities,<br><br>Defendants. | Case No. 2:23-cv-07952-RGK-MAR<br><br>*Assigned to the Hon. R. Gary Klausner*<br><br>**DECLARATION OF LOU EGERTON-WILEY IN SUPPORT OF *PRO HAC VICE* APPLICATIONS**<br><br>Action Filed: September 22, 2023<br>Trial Date:   None |

LOU EGERTON-WILEY DECLARATION

## DECLARATION OF LOU EGERTON-WILEY

I, Lou Egerton-Wiley, declare as follows:

1. I am an attorney with The Vora Law Firm, P.C. licensed to practice in the State of California and admitted to practice in this Court. I am counsel for Plaintiffs Jeni Pearsons and Michael Storc in the above-captioned matter. I have personal knowledge of the matters set forth in this Declaration and could and would competently testify to them under oath if called as a witness.

2. I am non-binary. I use the name Lou because it is gender-affirming. I have not yet legally changed my name.

3. I am barred in California (SBN 323482) and admitted in the Central District of California under my legal name, Amy Egerton Wiley.

4. On October 5, 2023, I submitted Applications for Joseph R. Gay, Robert P. Frommer, and Robert E. Johnson to appear *pro hac vice* in this case. I submitted the Applications under Lou Egerton-Wiley because that is the name I go by both personally and professionally as a non-binary person.

5. On October 10, 2023, I received a call from this Court's Courtroom Deputy, Mr. Joseph Remigio, instructing me to submit a declaration explaining why my name on the *pro hac vice* Applications differed from the name under which I am barred in California and admitted in the Central District of California. I am accordingly filing this Declaration to explain why I filed the Applications under the name Lou Egerton-Wiley.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed this 10th day of October 2023, at Los Angeles, California.

_____
Lou (Amy) Egerton-Wiley

1

LOU EGERTON-WILEY DECLARATION