# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENI PEARSONS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cv−07952−RGK−MAR<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 10/05/2023 | 17, 18 AND 19 | Applications to Appear Pro Hac Vice by Gay, Frommer and Johnson |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The documents are STRICKEN. Application must be made by counsel as name appears with the California State Bar or the Central District of California. No change of name has been effectuated with either the California State Bar or the Central District of California

DATED: October 10, 2023

/s/ *R. Gary Klausner*
United States District Judge