THE VORA LAW FIRM, P.C.
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENI PEARSONS and MICHAEL STORC<br><br>v.   Plaintiff(s)<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendant(s). | CASE NUMBER<br>2:23-cv-07952-RGK-MAR<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Gay, Joseph R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 682-9320
*Telephone Number*

(703) 682-9321
*Fax Number*

jgay@ij.org
*E-Mail Address*

Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA  22203
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

JENI PEARSONS and MICHAEL STORC
*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Atteberry, Jeffrey
*Designee's Name (Last Name, First Name & Middle Initial)*

266728
*Designee's Cal. Bar No.*

(424) 258-5190
*Telephone Number*

*Fax Number*

jatteberry@voralaw.com
*E-Mail Address*

THE VORA LAW FIRM, P.C.
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid:  ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge