**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENI PEARSONS and MICHAEL STORC | CASE NUMBER |
| Plaintiff(s) | 2:23-cv-07952-RGK-MAR |
| v. | |
| UNITED STATES OF AMERICA, et al. | ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* **[27]** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Frommer, Robert P.                                      of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 682-9320          (703) 682-9321

*Telephone Number*          *Fax Number*

rfrommer@ij.org

*E-Mail Address*

Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA  22203

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
JENI PEARSONS and MICHAEL STORC

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Atteberry, Jeffrey                                      of

*Designee's Name (Last Name, First Name & Middle Initial)*

266728          (424) 258-5190

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jatteberry@voralaw.com

*E-Mail Address*

THE VORA LAW FIRM, P.C.
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated      10/13/2023

*signature*

U.S. District Judge/~~U.S. Magistrate Judge~~