# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JENI PEARSONS and MICHAEL STORC

Plaintiff(s)

v.

UNITED STATES OF AMERICA, et al.

Defendant(s).

**CASE NUMBER**

2:23-cv-07952-RGK-MAR

~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [28]

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Johnson, Robert E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 682-9320
*Telephone Number*

(703) 682-9321
*Fax Number*

rjohnson@ij.org
*E-Mail Address*

Institute for Justice
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
JENI PEARSONS and MICHAEL STORC

*Name(s) of Party(ies) Represented*   [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel

Atteberry, Jeffrey
*Designee's Name (Last Name, First Name & Middle Initial)*

266728
*Designee's Cal. Bar No.*

(424) 258-5190
*Telephone Number*

*Fax Number*

jatteberry@voralaw.com
*E-Mail Address*

THE VORA LAW FIRM, P.C.
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.

[ ] DENIED: [ ] for failure to pay the required fee.
- [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- [ ] for failure to complete Application: _____
- [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
- [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded  [ ] not be refunded.

Dated 10/13/2023

*Jay Klausner* (signature)

U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1