**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted *pro hac vice*.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JENI PEARSONS AND MICHAEL STORC,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA; Federal Bureau of Investigation Special Agent LYNNE ZELLHART, in her individual capacity; and DOES 1 through 5, Federal Bureau of Investigation agents in their individual capacities,**<br><br>Defendants. | Case No. 2:23-cv-07952-RGK-MAR<br><br>**AFFIDAVIT OF SERVICE**<br><br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: September 22, 2023 |

I, Kyndra Griffin, declare and state as follows:

1. At the time of service, I was over 18 years of age and not a party to the above-captioned action.

2. I am employed by the Institute for Justice in the County of Arlington, State of Virginia. My business address is Institute for Justice, 901 N. Glebe Road, Suite 900, Arlington, VA 22203.

3. I hereby certify that I was directed to serve defendants by counsel Jeffrey Atteberry of the Vora Law Firm, a member of the Bar of this Court with whom my firm is associated with as Local Counsel on this case.

4. I further certify that on **Monday, October 16, 2023** I caused to be served by Certified Mail true and correct copies of the following documents on Defendant the United States of America:

| | | |
|---|---|---|
| ECF 1 | Complaint | |
| ECF 2 | Proposed Summons on the U.S.A. c/o U.S. Attorney General Merrick Garland | |
| ECF 3 | Proposed Summons on Lynne Zellhart (in her individual capacity) | |
| ECF 3-1 | Proposed Summons on DOES 1 through 5, FBI Agents (in their individual capacities) | |
| ECF 4 | Civil Coversheet | |
| | ECF 4-1 Attachment to Civil Cover Sheet | |
| ECF 5 | Certification and Notice of Interested Parties (Local Rule 7.1-1) | |
| | ECF 5-1  Attachment to Certification and Notice of Interested Parties | |
| ECF 6 | Plaintiffs' Notice of Related Cases | |
| ECF 7 | Notice of Pendency of Other Actions or Proceedings | |
| ECF 8 | Plaintiffs' Second Notice of Related Cases | |

| | | |
|---|---|---|
| ECF 9 | | Notice of Assignment to U.S. District Judge, Maame Ewusi-Mensah Frimpong |
| | | -Civil Standing Order of Judge Frimpong included in summons packet |
| | | -Order Setting Scheduling Conference of Judge Frimpong included in summons packet |
| ECF 10 | | Notice to Parties of Court-Directed ADR Program |
| ECF 11 | | Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge |
| ECF 12 | | Issued Summons to U.S.A. c/o U.S. Attorney General Merrick Garland |
| ECF 12-1 | | Issued Summons to Lynne Zellhart (in her individual capacity) |
| ECF 12-1 | | Issued Summons to DOES 1 through 5, FBI Agents (in their individual capacities) |
| ECF 13 | | Notice of *Pro Hac Vice* Application Due for Joseph Gay |
| ECF 14 | | Notice of *Pro Hac Vice* Application Due for Robert Frommer |
| ECF 15 | | Order Re Transfer (Related Cases) to Judge R. Gary Klausner |
| ECF 16 | | Standing Order Regarding Newly Assigned Cases – Judge Klausner |
| ECF 17 | | Joseph R. Gay, Application of Non-Resident Attorney to Appear *Pro Hac Vice* |
| | ECF 17-1 | DC Certificate of Good Standing |
| | ECF 17-2 | NY Certificate of Good Standing |
| | ECF 17-3 | Proposed Order on Joseph R. Gay *Pro Hac Vice* Application |
| ECF 18 | | Robert P. Frommer, Application of Non-Resident Attorney to Appear *Pro Hac Vice* |
| | ECF 18-1 | DC Certificate of Good Standing |

|  |  |  |
|---|---|---|
|  | ECF 18-2 | VA Certificate of Good Standing |
|  | ECF 18-3 | Proposed Order on Robert P. Frommer *Pro Hac Vice* Application |
| ECF 19 | Robert E. Johnson, Application of Non-Resident Attorney to Appear *Pro Hac Vice* | |
|  | ECF 19-1 | DC Certificate of Good Standing |
|  | ECF 19-2 | VA Certificate of Good Standing |
|  | ECF 19-3 | OH Certificate of Good Standing |
|  | ECF 19-4 | Proposed Order on Robert E. Johnson *Pro Hac Vice* Application |
| ECF 20 | Order granting *Pro Hac Vice* Application of Robert P. Frommer | |
| ECF 21 | Order granting *Pro Hac Vice* Application of Robert E. Johnson | |
| ECF 22 | Notice to Filer of Deficiencies in E-Filed *Pro Hac Vice* Applications Document Numbers ECF 17, 18, 19 | |
| ECF 23 | Declaration of Lou Egerton-Wiley In Support of *Pro Hac Vice* Applications | |
| ECF 24 | Order in Response to Notice To Filer of Deficiencies in Filed Document, Striking *Pro Hac Vice* Applications Documents ECF 17, 18, and 19 | |
| ECF 25 | Non-Document Order Vacating as Moot the Orders Granting *Pro Hac Vice* Applications Documents ECF 20 and 21 as the court struck the Applications filed at Documents ECF 18 and 19, due to deficient name change regarding associated local counsel | |
| ECF 26 | Joseph R. Gay, Application of Non-Resident Attorney to Appear *Pro Hac Vice* | |
|  | ECF 26-1 | DC Certificate of Good Standing |
|  | ECF 26-2 | NY Certificate of Good Standing |

|  |  |  |
|---|---|---|
|  | ECF 26-3 | Proposed Order on Joseph R. Gay *Pro Hac Vice* Application |
| ECF 27 | | Robert P. Frommer, Application of Non-Resident Attorney to Appear *Pro Hac Vice* |
|  | ECF 27-1 | DC Certificate of Good Standing |
|  | ECF 27-2 | VA Certificate of Good Standing |
|  | ECF 27-3 | Proposed Order on Robert P. Frommer *Pro Hac Vice* Application |
| ECF 28 | | Robert E. Johnson, Application of Non-Resident Attorney to Appear *Pro Hac Vice* |
|  | ECF 28-1 | DC Certificate of Good Standing |
|  | ECF 28-2 | VA Certificate of Good Standing |
|  | ECF 28-3 | OH Certificate of Good Standing |
|  | ECF 28-4 | Proposed Order on Robert E. Johnson *Pro Hac Vice* Application |
| ECF 29 | | Order granting *Pro Hac Vice* Application of Joseph R. Gay |
| ECF 30 | | Order granting *Pro Hac Vice* Application of Robert P. Frommer |
| ECF 31 | | Order granting *Pro Hac Vice* Application of Robert E. Johnson |

5. I served Defendant by mailing copies of the above documents to the following persons in accordance with Fed. R. Civ. P. 4(i)(1):

United States of America
c/o U.S. Attorney General
Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States of America
c/o U.S. Attorney's Office, C.D. of California
Civil Process Clerk
Federal Building
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012-3341

6. I served true and correct copies of the documents listed in para. 4 on the persons and addresses listed in para. 5 via USPS certified mail by placing the documents to be served in sealed and addressed envelopes, postage prepaid, and by personally depositing the envelopes with the U.S. Postal Service Office located in Silver Spring, MD.

7. Attached to this affidavit as Exhibit A are true and correct copies of the Certified mail receipts for the above mailings reflecting tracking numbers: 9589071052701400878791 (U.S. Attorney General, Merrick Garland) and 9589071052701400878807 (U.S. Attorney General for the Central District of California).

8. Attached to this affidavit as Exhibit B are the email notifications showing that package 9589071052701400878791 (U.S. Attorney General, Merrick Garland) was delivered via individual pick-up on Wednesday October 18, 2023 and package 9589071052701400878807 (U.S. Attorney General for the Central District of California) was delivered to the front desk, reception area, or mail room on Wednesday October 18, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of October, 2023.

_____
Kyndra Griffin