# EXHIBIT A

# To Affidavit of Service

9589 0710 5270 1400 8784 70

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $0.00 |
| Extra Services & Fees (*check box, add fee as appropriate*) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☒ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☒ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $9.80 |
| Total Postage and Fees | $14.15 |

0907
80

Postmark
Here

OCT 16 2023

10/16/2023

Sent To: DOES 1-5 FBI Agents c/o U.S. Atty. Gen. / Merrick Garland
Street and Apt. No., or PO Box No.: U.S. Dept. of Justice, 950 Pennsylvania Avenue, NW
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1400 8781 28

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $0.00 |
| Extra Services & Fees (*check box, add fee as appropriate*) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☒ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☒ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $9.80 |
| Total Postage and Fees | $14.15 |

0907
80

Postmark
Here

OCT 16 2023

10/16/2023

Sent To: DOES 1-5 FBI Agents, FBI Headquarters
Street and Apt. No., or PO Box No.: 935 Pennsylvania Avenue, NW
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1400 8784 87

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Los Angeles, CA 90012

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $0.00 |
| Extra Services & Fees (*check box, add fee as appropriate*) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☒ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☒ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $17.05 |
| Total Postage and Fees | $21.40 |

0907
80

Postmark
Here

OCT 16 2023

10/16/2023

Sent To: DOES 6-10 Agents c/o U.S. Atty's Ofc. C.D. of CA Civil Process Clerk
Street and Apt. No., or PO Box No.: Fed. Bldg 300 North Los Angeles Street, Suite 7516
City, State, ZIP+4®: Los Angeles CA 90012-3341

PS Form 3800, January 2023 ... Instructions


