| Attorney or Party without Attorney: <br> Joseph Gay* <br> Institute for Justice <br> 901 N. Glebe Road, Suite 900 <br> Arlington, VA 22203 <br> Telephone No: 703-682-9320 <br> *Admitted Pro Hac Vice <br><br> Attorney for: Plaintiff(s) | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Central District Of California | | | | |
| Plaintiff(s): Jeni Pearsons and Michael Storc | | | | |
| Defendant: United States of America, et al. | | | | |
| **PROOF OF SERVICE** <br> **Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:23-cv-07952-RGK-MAR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; See attached for list of service documents

3. a. Party served:      Lynne Zellhart
   b. Person served:     Jane Doe, Legal Unit Department, Caucasian, Female, 50 Years Old, Brown Hair, Brown Eyes, 5 Feet 4 Inches, 160 Pounds

4. Address where the party was served:     Los Angeles, Federal Bureau of Investigat
   11000 Wilshire Blvd, Ste 1700
   Los Angeles, CA 90024

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Oct. 17, 2023 (2) at: 1:20PM

7. **Person Who Served Papers:**     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Juan Macario
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
          (i) Independent Contractor
          (ii) Registration No.:     2023095762
          (iii) County:     Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Oct. 19, 2023

                                                  (Juan Macario)

Judicial Council Form       PROOF OF SERVICE       jogay.255568
Rule 2.150.(a)&(b) Rev January 1, 2007       Summons and Complaint

| | |
|---|---|
| JENI PEARSONS AND MICHAEL STORC,<br><br>                              Plaintiffs,<br>    v.<br><br>UNITED STATES OF AMERICA; Federal Bureau of Investigation Special Agent LYNNE ZELLHART, in her individual capacity; and DOES 1 through 5, Federal Bureau of Investigation agents in their individual capacities,<br><br>                              Defendants. | Case No. 2:23-cv-07952-RGK-MAR<br><br>**AFFIDAVIT OF SERVICE**<br><br><br><br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: September 22, 2023 |

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 2 | Proposed Summons on the U.S.A. c/o U.S. Attorney General Merrick Garland |
| ECF 3 | Proposed Summons on Lynne Zellhart (in her individual capacity) |
| ECF 3-1 | Proposed Summons on DOES 1 through 5, FBI Agents (in their individual capacities) |
| ECF 4 | Civil Coversheet |
| |     ECF 4-1 Attachment to Civil Cover Sheet |
| ECF 5 | Certification and Notice of Interested Parties (Local Rule 7.1-1) |
| |     ECF 5-1  Attachment to Certification and Notice of Interested Parties |
| ECF 6 | Plaintiffs' Notice of Related Cases |
| ECF 7 | Notice of Pendency of Other Actions or Proceedings |
| ECF 8 | Plaintiffs' Second Notice of Related Cases |

1

ECF 9       Notice of Assignment to U.S. District Judge, Maame Ewusi-Mensah Frimpong
        -Civil Standing Order of Judge Frimpong included in summons packet
        -Order Setting Scheduling Conference of Judge Frimpong included in summons packet

ECF 10      Notice to Parties of Court-Directed ADR Program

ECF 11      Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge

ECF 12      Issued Summons to U.S.A. c/o U.S. Attorney General Merrick Garland

ECF 12-1    Issued Summons to Lynne Zellhart (in her individual capacity)

ECF 12-1    Issued Summons to DOES 1 through 5, FBI Agents (in their individual capacities)

ECF 13      Notice of *Pro Hac Vice* Application Due for Joseph Gay

ECF 14      Notice of *Pro Hac Vice* Application Due for Robert Frommer

ECF 15      Order Re Transfer (Related Cases) to Judge R. Gary Klausner

ECF 16      Standing Order Regarding Newly Assigned Cases – Judge Klausner

ECF 17      Joseph R. Gay, Application of Non-Resident Attorney to Appear *Pro Hac Vice*
        ECF 17-1   DC Certificate of Good Standing
        ECF 17-2   NY Certificate of Good Standing
        ECF 17-3   Proposed Order on Joseph R. Gay *Pro Hac Vice* Application

ECF 18      Robert P. Frommer, Application of Non-Resident Attorney to Appear *Pro Hac Vice*

|  |  |  |
|---|---|---|
|  | ECF 18-1 | DC Certificate of Good Standing |
|  | ECF 18-2 | VA Certificate of Good Standing |
|  | ECF 18-3 | Proposed Order on Robert P. Frommer *Pro Hac Vice* Application |
| ECF 19 | \multicolumn{2}{l}{Robert E. Johnson, Application of Non-Resident Attorney to Appear *Pro Hac Vice*} |
|  | ECF 19-1 | DC Certificate of Good Standing |
|  | ECF 19-2 | VA Certificate of Good Standing |
|  | ECF 19-3 | OH Certificate of Good Standing |
|  | ECF 19-4 | Proposed Order on Robert E. Johnson *Pro Hac Vice* Application |
| ECF 20 | \multicolumn{2}{l}{Order granting *Pro Hac Vice* Application of Robert P. Frommer} |
| ECF 21 | \multicolumn{2}{l}{Order granting *Pro Hac Vice* Application of Robert E. Johnson} |
| ECF 22 | \multicolumn{2}{l}{Notice to Filer of Deficiencies in E-Filed *Pro Hac Vice* Applications Document Numbers ECF 17, 18, 19} |
| ECF 23 | \multicolumn{2}{l}{Declaration of Lou Egerton-Wiley In Support of *Pro Hac Vice* Applications} |
| ECF 24 | \multicolumn{2}{l}{Order in Response to Notice To Filer of Deficiencies in Filed Document, Striking *Pro Hac Vice* Applications Documents ECF 17, 18, and 19} |
| ECF 25 | \multicolumn{2}{l}{Non-Document Order Vacating as Moot the Orders Granting *Pro Hac Vice* Applications Documents ECF 20 and 21 as the court struck the Applications filed at Documents ECF 18 and 19, due to deficient name change regarding associated local counsel} |
| ECF 26 | \multicolumn{2}{l}{Joseph R. Gay, Application of Non-Resident Attorney to Appear *Pro Hac Vice*} |
|  | ECF 26-1 | DC Certificate of Good Standing |

|  |  |  |
|---|---|---|
|  | ECF 26-2 | NY Certificate of Good Standing |
|  | ECF 26-3 | Proposed Order on Joseph R. Gay *Pro Hac Vice* Application |
| ECF 27 | Robert P. Frommer, Application of Non-Resident Attorney to Appear *Pro Hac Vice* | |
|  | ECF 27-1 | DC Certificate of Good Standing |
|  | ECF 27-2 | VA Certificate of Good Standing |
|  | ECF 27-3 | Proposed Order on Robert P. Frommer *Pro Hac Vice* Application |
| ECF 28 | Robert E. Johnson, Application of Non-Resident Attorney to Appear *Pro Hac Vice* | |
|  | ECF 28-1 | DC Certificate of Good Standing |
|  | ECF 28-2 | VA Certificate of Good Standing |
|  | ECF 28-3 | OH Certificate of Good Standing |
|  | ECF 28-4 | Proposed Order on Robert E. Johnson *Pro Hac Vice* Application |
| ECF 29 | Order granting *Pro Hac Vice* Application of Joseph R. Gay | |
| ECF 30 | Order granting *Pro Hac Vice* Application of Robert P. Frommer | |
| ECF 31 | Order granting *Pro Hac Vice* Application of Robert E. Johnson | |