| Attorney or Party without Attorney: <br> Joseph Gay, Esq.* <br> Institute for Justice <br> 901 N. Glebe Road, Suite 900 <br> Arlington, VA 22203 <br> *Telephone No:* 703-682-9320 <br> * Admitted Pro Hac Vice <br> *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | *For Court Use Only* |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court - Central District Of California | | |
| *Plaintiff(s):* Jeni Pearsons and Michael Storc <br> *Defendant:* United States of America, et al. | | |
| **AMENDED PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:23-CV-07952-RGK-MAR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; See attached for list of service documents

3. a. Party served:  Lynne Zellhart
   b. Person served:  Jane Doe, (name refused) Clerk at Legal Unit Department, Caucasian, Female, 40 Years Old, Brown Hair, Brown Eyes, 5 Feet 4 Inches, 170 Pounds

4. Address where the party was served:  L.A. Federal Bureau of Investigation
   11000 Wilshire Blvd, Ste 1700
   Los Angeles, CA  90024

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 07, 2023 (2) at: 12:30PM

7. **Person Who Served Papers:**                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Juan Macario                                          d. **The Fee** for Service was:
   **b. Class Action Research & Litigation**                e. I am: (3) registered California process server
      P O Box 740                                              (i)   Independent Contractor
      Penryn, CA  95663                                        (ii)  Registration No.:    2023095762
   c. (916) 663-2562, FAX (916) 663-4955                       (iii) County:               Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Nov. 08, 2023

                                                                              (Juan Macario)

| Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE** <br> Summons and Complaint | jogay.256694 |
|---|---|---|

**ATTACHMENT TO PROOF OF SERVICE - DOCUMENTS SERVED WITH THE SUMMONS:**

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 2 | Proposed Summons on the U.S.A. c/o U.S. Attorney General Merrick Garland |
| ECF 3 | Proposed Summons on Lynne Zellhart (in her individual capacity) |
| ECF 3-1 | Proposed Summons on DOES 1 through 5, FBI Agents (in their individual capacities) |
| ECF 4 | Civil Coversheet |
| | ECF 4-1 Attachment to Civil Cover Sheet |
| ECF 5 | Certification and Notice of Interested Parties (Local Rule 7.1-1) |
| | ECF 5-1 Attachment to Certification and Notice of Interested Parties |
| ECF 6 | Plaintiffs' Notice of Related Cases |
| ECF 7 | Notice of Pendency of Other Actions or Proceedings |
| ECF 8 | Plaintiffs' Second Notice of Related Cases |
| ECF 9 | Notice of Assignment to U.S. District Judge, Maame Ewusi-Mensah Frimpong |
| | -Civil Standing Order of Judge Frimpong included in summons packet |
| | -Order Setting Scheduling Conference of Judge Frimpong included in summons packet |
| ECF 10 | Notice to Parties of Court-Directed ADR Program |
| ECF 11 | Notice to Counsel Re Consent to Proceed Before a U.S. |

1

| | |
|---|---|
| | Magistrate Judge |
| ECF 12 | Issued Summons to U.S.A. c/o U.S. Attorney General Merrick Garland |
| ECF 12-1 | Issued Summons to Lynne Zellhart (in her individual capacity) |
| ECF 12-1 | Issued Summons to DOES 1 through 5, FBI Agents (in their individual capacities) |
| ECF 13 | Notice of *Pro Hac Vice* Application Due for Joseph Gay |
| ECF 14 | Notice of *Pro Hac Vice* Application Due for Robert Frommer |
| ECF 15 | Order Re Transfer (Related Cases) to Judge R. Gary Klausner |
| ECF 16 | Standing Order Regarding Newly Assigned Cases – Judge Klausner |
| ECF 17 | Joseph R. Gay, Application of Non-Resident Attorney to Appear *Pro Hac Vice* |
| | ECF 17-1    DC Certificate of Good Standing |
| | ECF 17-2    NY Certificate of Good Standing |
| | ECF 17-3    Proposed Order on Joseph R. Gay *Pro Hac Vice* Application |
| ECF 18 | Robert P. Frommer, Application of Non-Resident Attorney to Appear *Pro Hac Vice* |
| | ECF 18-1    DC Certificate of Good Standing |
| | ECF 18-2    VA Certificate of Good Standing |
| | ECF 18-3    Proposed Order on Robert P. Frommer *Pro Hac Vice* Application |
| ECF 19 | Robert E. Johnson, Application of Non-Resident Attorney to Appear *Pro Hac Vice* |
| | ECF 19-1    DC Certificate of Good Standing |
| | ECF 19-2    VA Certificate of Good Standing |

| | | |
|---|---|---|
| | ECF 19-3 | OH Certificate of Good Standing |
| | ECF 19-4 | Proposed Order on Robert E. Johnson *Pro Hac Vice* Application |
| ECF 20 | Order granting *Pro Hac Vice* Application of Robert P. Frommer | |
| ECF 21 | Order granting *Pro Hac Vice* Application of Robert E. Johnson | |
| ECF 22 | Notice to Filer of Deficiencies in E-Filed *Pro Hac Vice* Applications Document Numbers ECF 17, 18, 19 | |
| ECF 23 | Declaration of Lou Egerton-Wiley In Support of *Pro Hac Vice* Applications | |
| ECF 24 | Order in Response to Notice To Filer of Deficiencies in Filed Document, Striking *Pro Hac Vice* Applications Documents ECF 17, 18, and 19 | |
| ECF 25 | Non-Document Order Vacating as Moot the Orders Granting *Pro Hac Vice* Applications Documents ECF 20 and 21 as the court struck the Applications filed at Documents ECF 18 and 19, due to deficient name change regarding associated local counsel | |
| ECF 26 | Joseph R. Gay, Application of Non-Resident Attorney to Appear *Pro Hac Vice* | |
| | ECF 26-1 | DC Certificate of Good Standing |
| | ECF 26-2 | NY Certificate of Good Standing |
| | ECF 26-3 | Proposed Order on Joseph R. Gay *Pro Hac Vice* Application |
| ECF 27 | Robert P. Frommer, Application of Non-Resident Attorney to Appear *Pro Hac Vice* | |
| | ECF 27-1 | DC Certificate of Good Standing |
| | ECF 27-2 | VA Certificate of Good Standing |

3

|  |  |  |
|---|---|---|
|  | ECF 27-3 | Proposed Order on Robert P. Frommer *Pro Hac Vice* Application |
| ECF 28 | Robert E. Johnson, Application of Non-Resident Attorney to Appear *Pro Hac Vice* | |
|  | ECF 28-1 | DC Certificate of Good Standing |
|  | ECF 28-2 | VA Certificate of Good Standing |
|  | ECF 28-3 | OH Certificate of Good Standing |
|  | ECF 28-4 | Proposed Order on Robert E. Johnson *Pro Hac Vice* Application |
| ECF 29 | Order granting *Pro Hac Vice* Application of Joseph R. Gay | |
| ECF 30 | Order granting *Pro Hac Vice* Application of Robert P. Frommer | |
| ECF 31 | Order granting *Pro Hac Vice* Application of Robert E. Johnson | |