**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted *pro hac vice*.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JENI PEARSONS and MICHAEL STORC,** | Case No. 2:23-cv-07952-RGK-MAR |
| Plaintiffs, | **NOTICE OF ERRATA** |
| **v.** | |
| **UNITED STATES OF AMERICA; Federal Bureau of Investigation Special Agent LYNNE ZELLHART, in her individual capacity; and DOES 1 through 5, Federal Bureau of Investigation agents in their individual capacities,** | (*Filed Concurrently with Declaration of Kyndra Griffin and Exhibit A in Support*) |
| Defendants. | Judge: Hon. R. Gary Klausner<br>Complaint Filed: September 22, 2023 |

Plaintiffs submit this Notice of Errata regarding their Proof of Service on Defendant Lynne Zellhart, ECF No. 35 (Oct. 23, 2023), and Amended Proof of Service on Defendant Lynne Zellhart, ECF No. 36 (Nov. 9, 2023).

Plaintiffs arranged for a process server to complete personal service on Defendant Special Agent Lynne Zellhart. Griffin Decl. ¶ 3 & Ex. A at 3–4. Based on information from the process server, the initial proof of service reflected that on October 17, 2023, Agent Zellhart was served with the summons, complaint, and other court filings identified on pages two through four of the proof of service. *See* ECF No. 35; Griffin Decl. ¶ 4. Using that service date, the filing indicated that the answer was due on December 18, 2023.

On November 6, 2023, however, the process server notified Plaintiffs that the process server had made a clerical error. Griffin Decl. ¶ 5 & Ex. A at 3. According to the process server, the service package inadvertently included the court filings from a related case (*Mellein et al. v. United States et al.*, No. 2:23-cv-07970) rather than the filings from this case. *Id.* Because of that defect in service, Agent Zellhart's deadline of December 18, 2023, to answer the complaint in this case should be disregarded.[1]

Following recognition of its clerical error, the process server personally served Agent Zellhart with the correct summons, complaint, and other filings on November 7, 2023—the very next day after Plaintiffs learned of the error—and Plaintiffs filed proof of that service on November 9, 2023. *See* ECF No. 36; Griffin Decl. ¶ 6 & Ex. A at 1.

---

[1] Federal Rule of Civil Procedure 4(i)(3) requires service twice for a United States officer or employee sued in their individual capacity: first, by serving the United States, and second, by personally serving the officer or employee. Plaintiffs separately served process for Agent Zellhart by serving the United States through certified mail sent to the Attorney General and to the United States Attorney's Office on October 16, 2023. *See* ECF No. 33. That docket entry reflects the CM/ECF system's automatic calculation of a December 15, 2023, answer deadline, but that deadline is not binding because it only reflects the first of the two required methods for serving Agent Zellhart.

1       The correct deadline for Agent Zellhart's answer is therefore January 8,

2  2024. Plaintiffs apologize to the Court and other parties for any inconvenience

3  caused.

4

5  Dated: November 13, 2023                Respectfully Submitted,

6

7                             /s/ Joseph Gay

8                             **THE INSTITUTE FOR JUSTICE**

     Joseph Gay*

9       jgay@ij.org

     Robert Frommer*

10       rfrommer@ij.org

     901 N. Glebe Rd., Suite 900

11       Arlington, VA 22203

     Tel. (703) 682-9320

12       Robert E. Johnson*

13       rjohnson@ij.org

     16781 Chagrin Blvd., Suite 256

14       Shaker Heights, OH 44120

     Tel. (703) 682-9320

15       *Admitted pro hac vice.*

16       **THE VORA LAW FIRM, P.C.**

     Nilay U. Vora (SBN 268339)

17       nvora@voralaw.com

     Jeffrey Atteberry (SBN 266728)

18       jatteberry@voralaw.com

     201 Santa Monica Blvd., Suite 300

19       Santa Monica, CA 90401

     Tel. (424) 258-5190

20

21       *Attorneys for Plaintiffs*

22

23

24

25

26

27

28

2