**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted *pro hac vice*.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JENI PEARSONS and MICHAEL STORC,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA; Federal Bureau of Investigation Special Agent LYNNE ZELLHART, in her individual capacity; and DOES 1 through 5, Federal Bureau of Investigation agents in their individual capacities,**<br><br>Defendants. | Case No. 2:23-cv-07952-RGK-MAR<br><br>**DECLARATION OF KYNDRA GRIFFIN IN SUPPORT OF NOTICE OF ERRATA**<br><br><br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: September 22, 2023 |

I, Kyndra Griffin, declare and state as follows:

1. I am employed as a paralegal by the Institute for Justice in Arlington, Virginia.

2. I am currently the paralegal working on this case before Hon. R. Gary Klausner, *Pearsons, et al. v. United States of America, et al.*, case no. 2:23-cv-07952.

3. On October 16, 2023, I arranged with a California process server company, Class Action Research, to provide personal service of the summons, complaint, and other filings in this case (ECF No. 1 through ECF No. 31), on Defendant FBI Special Agent Lynne Zellhart.

4. I provided the process server with the required documents in electronic PDF format, and on October 20, 2023, the process server provided me with a signed affidavit stating that they had completed personal service on an authorized representative for Ms. Zellhart on October 17, 2023. That signed affidavit was promptly filed with this Court. *See* ECF No. 35.

5. On November 6, 2023, Class Action Research notified me that they had made an error with the documents they had served on Ms. Zellhart on October 17, 2023. A copy of the email chain containing that notification is attached as Exhibit A. Class Action Research explained that they had inadvertently included documents from a different case (No. 2:23-cv-07970) rather than the documents from this case that I had provided to them. Ex. A at 3. As a result of that clerical error, Ms. Zellhart had not yet received personal service of documents ECF No. 1 through ECF No. 31 from this case.

6. I instructed Class Action Research to re-serve Ms. Zellhart with the correct documents. Ex. A at 2–3. The process server subsequently provided me with a second signed affidavit stating they had served the correct documents the next day, on November 7, 2023 (Ex. A at 1; ECF No. 36), and Plaintiffs filed that second signed affidavit with the Court on November 9, 2023.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Executed this 13th day of November, 2023.

*(signature)*

Kyndra Griffin