# Exhibit A

# Kyndra Griffin

| | |
|---|---|
| **From:** | Janis Dingman <janis@classactionresearch.com> |
| **Sent:** | Thursday, November 9, 2023 12:30 PM |
| **To:** | Kyndra Griffin |
| **Subject:** | RE: 2:23-cv-07952 Jeni Pearsons and Michael Storc v. United States, et al. - Service of Process on Lynne Zellhart |
| **Attachments:** | Zellhart proof amended.pdf |

Good Morning,

Here is the proof for serving Ms. Zellhart with the proper documents.  I listed it as an amended proof, assuming that you already filed the previous one we provided in this case #.  If that isn't accurate let me know and I can take off the amended statement and just list it as a proof of service.

Also, the legal clerk that accepted the documents said the Ms. Zellhart would never come out and accept the documents herself and that is why they sent someone from their legal team out.

Thank you for you understanding and kindness.  I apologize again for the error.

*Janis Dingman*
*Class Action Research*
*PO Box 740*
*6543 Kite Hawk Place*
*Penryn, CA 95663*
*Phone: 916-663-2562*
[www.classactionresearch.com](www.classactionresearch.com)

---

**From:** Kyndra Griffin <KGriffin@ij.org>
**Sent:** Thursday, November 9, 2023 7:28 AM
**To:** Janis Dingman <janis@classactionresearch.com>
**Subject:** RE: 2:23-cv-07952 Jeni Pearsons and Michael Storc v. United States, et al. - Service of Process on Lynne Zellhart

Great, thank you Janis!

**From:** Janis Dingman <janis@classactionresearch.com>
**Sent:** Wednesday, November 8, 2023 8:32 PM
**To:** Kyndra Griffin <KGriffin@ij.org>
**Subject:** RE: 2:23-cv-07952 Jeni Pearsons and Michael Storc v. United States, et al. - Service of Process on Lynne Zellhart

Hello Kyndra,

We served Lynne Zellhart with the correct documents for the Pearsons case (23-cv-07952) on Nov 7th. Again, she would not come out to accept service but they sent someone from legal out to accept on her behalf.

I'll have the proof over to you tomorrow.

Thank you!

1

*Janis Dingman*
*Class Action Research*
*PO Box 740*
*6543 Kite Hawk Place*
*Penryn, CA 95663*
*Phone: 916-663-2562*
*www.classactionresearch.com*

---

**From:** Kyndra Griffin <KGriffin@ij.org>
**Sent:** Monday, November 6, 2023 11:50 AM
**To:** Janis Dingman <janis@classactionresearch.com>
**Subject:** RE: 2:23-cv-07952 Jeni Pearsons and Michael Storc v. United States, et al. - Service of Process on Lynne Zellhart

Thanks Janis, and tomorrow is fine.  I know that's a lot of paper and better to have the time to get it all done right than rush it just to get it done today.  Nothing about the timing hurts us if it goes out tomorrow, we're still within the time for service window.

Kyndra

**From:** Janis Dingman <janis@classactionresearch.com>
**Sent:** Monday, November 6, 2023 2:44 PM
**To:** Kyndra Griffin <KGriffin@ij.org>
**Subject:** RE: 2:23-cv-07952 Jeni Pearsons and Michael Storc v. United States, et al. - Service of Process on Lynne Zellhart

Thanks for your understanding!!

Of course it always happens that when I go on vacation all the client just get super busy, which is what happened last month.  I will do my best to get this served for you today but tomorrow is the absolutely worst case scenario.

I'll be in touch soon and turn around the proof within 24 hours of service.

*Janis Dingman*
*Class Action Research*
*PO Box 740*
*6543 Kite Hawk Place*
*Penryn, CA 95663*
*Phone: 916-663-2562*
*www.classactionresearch.com*

---

**From:** Kyndra Griffin <KGriffin@ij.org>
**Sent:** Monday, November 6, 2023 11:34 AM
**To:** Janis Dingman <janis@classactionresearch.com>
**Subject:** RE: 2:23-cv-07952 Jeni Pearsons and Michael Storc v. United States, et al. - Service of Process on Lynne Zellhart

Hi Janis,

Thanks for catching this!  I do hope your vacation was great, sorry it's not so smooth coming back.  Yes please go forward with getting this fixed and then please sending me a new proof of service within a day of the No. 23-CV-

07952 *Pearsons, et al. v. United States* documents being served.  We have to file the proof of service with the court within 5 days of it being served.

I think once the proper documents have been served on Ms. Zellhart and I get the proof of service filed, we'll be in good shape.  Again, thanks for your attention to detail and catching this!!

Kyndra

---

**From:** Janis Dingman <janis@classactionresearch.com>
**Sent:** Monday, November 6, 2023 2:16 PM
**To:** Kyndra Griffin <KGriffin@ij.org>
**Subject:** RE: 2:23-cv-07952 Jeni Pearsons and Michael Storc v. United States, et al. - Service of Process on Lynne Zellhart

Hi Kyndra,

Hope you had a nice weekend.  I have a bit of bad news to inform you of.  My office made an error serving the documents for your case # 23-CV-07952.  As I was reviewing work that happened while I was on vacation I noticed that the documents we had attached to the summons for case # 7952 were the documents for case # 7970.  The means the defendants never got the complaint and corresponding documents for case # 7952 and I need to reserve this.

The service and proof for case # 23-CV-07970 is fine, it's only 7952 that had the wrong documents attached.  I am very sorry for this error and want to see if it's okay if I get it fixed ASAP and have the right docs served to Ms. Zellhart at the FBI office in LA today?

Let me know and again I am very sorry for this error and will not bill you for this service of case # 7952 at all.

*Janis Dingman*
*Class Action Research*
*PO Box 740*
*6543 Kite Hawk Place*
*Penryn, CA 95663*
*Phone:  916-663-2562*
*www.classactionresearch.com*

---

**From:** Kyndra Griffin <KGriffin@ij.org>
**Sent:** Monday, October 16, 2023 2:27 PM
**To:** Janis Dingman <janis@classactionresearch.com>; Casey Nasca <cnasca@ij.org>
**Subject:** 2:23-cv-07952 Jeni Pearsons and Michael Storc v. United States, et al. - Service of Process on Lynne Zellhart

Hi Jackie,

Alright, here are the Summons and documents for the second case ready to be printed and delivered to:

> Lynne Zellhart
> Los Angeles, Federal Bureau of Investigation
> 11000 Wilshire Boulevard, Suite 1700
> Los Angeles, California 90024

Please do email us the completed proof of service as soon as you can after completion, the judge requires that we file the proof of service within 5 days of the documents being served.

Kyndra and Casey
Paralegals
Institute for Justice
kgriffin@ij.org and cnasca@ij.org