**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted *pro hac vice*.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JENI PEARSONS and MICHAEL STORC,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA; Federal Bureau of Investigation Special Agent LYNNE ZELLHART, in her individual capacity; and DOES 1 through 5, Federal Bureau of Investigation agents in their individual capacities,**<br><br>Defendants. | Case No. 2:23-cv-07952-RGK-MAR<br><br>**PROOF OF SERVICE OF NOTICE OF ERRATA**<br><br><br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: September 22, 2023 |

# PROOF OF SERVICE

I am admitted *pro hac vice* for purposes of this action. I am over the age of 18 and not a party to this action. My business address is 901 N. Glebe Rd., Suite 900, Arlington, VA 22203. My electronic service address is jgay@ij.org. On the execution date below and in the manner stated herein, I caused service of a true and correct copy of the **NOTICE OF ERRATA, Declaration of Kyndra Griffin in Support, and Exhibit A in Support**, filed on November 13, 2023, at ECF 37, to be delivered on all interested parties in this action as follows:

[ X ]   BY MAIL. By depositing in a sealed envelope with the United States Postal Service mail with postage thereon fully prepaid to the following addresses:

| | |
|---|---|
| United States of America<br>c/o U.S. Attorney General<br>Merrick Garland<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | United States of America<br>c/o U.S. Attorney's Office, C.D. of California<br>Civil Process Clerk<br>Federal Building<br>300 North Los Angeles Street, Suite 7516<br>Los Angeles, CA  90012-3341 |
| Lynne Zellhart<br>Los Angeles, Federal Bureau of Investigation<br>11000 Wilshire Boulevard, Suite 1700<br>Los Angeles, California 90024 | Jasmin Yang, Assistant U.S. Attorney<br>Yujin Chun, Assistant U.S. Attorney<br>U.S. Attorney's Office, C.D. of California<br>Federal Building, Room 7516<br>300 N. Los Angeles Street<br>Los Angeles, California 90012 |
| DOES 1 through 5, FBI Agents<br>Federal Bureau of Investigation<br>FBI Headquarters<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | |

[ X ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 14, 2023, at Arlington, Virginia.

/s/ Joseph Gay