E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JASMIN YANG (Cal. Bar No. 255254)
YUJIN CHUN (Cal. Bar No. 306298)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827 (Yang) -0929 (Chun)
    Facsimile: (213) 894-7819
    E-mail: jasmin.yang@usdoj.gov
          yujin.chun@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENI PEARSONS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. 2:23-cv-07952-RGK-MAR<br><br>**STIPULATION TO ALLOW PLAINTIFFS TO USE MATERIAL DESIGNATED AS CONFIDENTIAL IN RELATED CASE**<br><br>[Discovery Matter]<br><br>Honorable R. Gary Klausner<br>United States District Judge<br><br>Honorable Margo A. Rocconi<br>United States Magistrate Judge |

    Counsel for plaintiffs Jeni Pearsons and Michael Storc ("Plaintiffs") and defendant United States of America ("United States") hereby enter into the following stipulation to allow Plaintiffs to use material designated as confidential in a related case subject to the Court's approval. The stipulation is based on the following:

1. The Court entered a Protective Order in *Snitko v. United States*, 2:21-cv-04405-RGK-MAR ("*Snitko*") on April 8, 2022 at Dkt. 92.

2. Counsel for the *Snitko* plaintiffs also represent plaintiffs who have since initiated the following related lawsuits against the United States:

    a. *Jeni Pearsons, et al. v. United States of America, et al.*, 2:23-cv-07952-RGK-MAR ("*Pearsons*"); and

    b. *Donald Leo Mellein v. United States of America, et al.*, 2:23-cv-07970-RGK-MAR ("*Mellein*").

3. The *Pearsons* and *Mellein* complaints name as unnamed DOE defendants individual Federal Bureau of Investigation agents who searched Pearsons' safe deposit box (Box 4301) and Mellein's safe deposit box (Box 224) at U.S. Private Vaults in Beverly Hills, California.

4. Counsel for Plaintiffs have received information in the *Snitko* litigation that the United States designated as "CONFIDENTIAL" pursuant to the Protective Order that states the names of the agents who searched Box 224 and Box 4301.

5. Section 7.1 of the Protective Order limits the use of Protected Material only for purposes of prosecuting, defending, or attempting to settle *Snitko*.

6. Counsel for Plaintiffs and the United States have agreed to the use of the Protected Material in *Snitko* for the sole purpose of identifying the individual DOE defendants in *Pearsons* and *Mellein* to avoid burdensome and redundant discovery in *Pearsons* and *Mellein*.

ACCORDINGLY, Plaintiffs and the United States HEREBY STIPULATE THAT Section 7.1 of Protective Order be modified for the sole purpose of permitting the use of Protected Material from *Snitko* to be used by Plaintiffs' counsel in *Pearsons* and *Mellein* for the sole purpose of amending the complaints in *Pearsons* and *Mellein* to add the names the individual DOE defendants who searched Box 224 and Box 4301. All other provisions of the Protective Order in *Snitko* remain in effect. Nothing in this Stipulation constitutes a waiver or withdrawal of the of the requirements of Paragraph 4 or

Paragraph 6.3 of the Protective Order.

Dated: December 1, 2023		Respectfully submitted,

INSTITUTE FOR JUSTICE
Joseph Gay*
Robert Frommer*
Robert E. Johnson*

THE VORA LAW FIRM, P.C.
Lou Egerton-Wiley
Nilay U. Vora
Jeffrey Atteberry


*/s/ Joseph Gay*
JOSEPH GAY
Counsel for Plaintiffs
* Admitted *pro hac vice*

Dated: December 1, 2023		E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


*/s/ Jasmin Yang*
JASMIN YANG
Assistant United States Attorney

Attorneys for the United States of America

ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Jasmin Yang, am the ECF User whose ID and password are being used to file this STIPULATION TO ALLOW PLAINTIFFS TO USE MATERIAL DESIGNATED AS CONFIDENTIAL IN RELATED CASE. In compliance with Local Rule 5-4.3.4(a)(2), I hereby certify and attest that Plaintiffs' counsel, Joseph Gay, has concurred in this filing.

DATED: December 1, 2023		*/s/ Jasmin Yang*
					_____
					JASMIN YANG
					Assistant United States Attorney