UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENI PEARSONS, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br>UNITED STATES OF AMERICA, et al., <br><br>    Defendants. | No. CV 23-07952-RGK-MAR <br><br> [PROPOSED] **ORDER APPROVING STIPULATION TO ALLOW PLAINTIFFS TO USE MATERIAL DESIGNATED AS CONFIDENTIAL IN RELATED CASE** <br><br> [Discovery Matter] <br><br> Honorable R. Gary Klausner <br> United States District Judge <br><br> Honorable Margo A. Rocconi <br> United States Magistrate Judge |

    Upon good cause being shown as set forth in Stipulation to Allow Plaintiffs to Use Material Designated as Confidential in Related Case ("Stipulation") entered into between Jeni Pearsons and Michael Storc ("Plaintiffs") and the United States of America, the Court hereby approves the Stipulation.

/ / /

/ / /

/ / /

1

IT IS HEREBY ORDERED that the Section 7.1 of the Protective Order entered in *Snitko v. United States*, cv 21-04405-RGK-MAR ("*Snitko*") on April 8, 2022 at Dkt. 92 is modified for the sole purpose of permitting the use of Protected Material from *Snitko* to be used by Plaintiffs' counsel in *Jeni Pearsons, et al. v. United States of America, et al.*, CV 23-07952-RGK-MAR ("*Pearsons*") and *Donald Leo Mellein v. United States of America, et al.*, CV 23-07970-RGK-MAR ("*Mellein*") for the sole purpose of amending the complaints in *Pearsons* and *Mellein* to add the names of the individual DOE defendants who searched Box 224 and Box 4301.

All other provisions of the Protective Order in *Snitko* remain in effect. Nothing in this Stipulation constitutes a waiver or withdrawal of the of the requirements of Paragraph 4 or Paragraph 6.3 of the *Snitko* Protective Order.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE MARGO A. ROCCONI
United States Magistrate Judge