E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JASMIN YANG (Cal. Bar No. 255254)
YUJIN CHUN (Cal. Bar No. 306298)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827 (Yang) -0929 (Chun)
    Facsimile: (213) 894-7819
    E-mail: jasmin.yang@usdoj.gov
         yujin.chun@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENI PEARSONS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. 2:23-cv-07952-RGK-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: Oct. 16, 2023 (United States) and Nov. 7, 2023 (Lynne Zellhart)<br>Current response dates: Dec. 15, 2023 (United States) and Jan. 8, 2024 (Lynne Zellhart)<br>New response dates: Jan. 16, 2023 (United States) and Feb. 7, 2024 (Lynne Zellhart) |

    Counsel for plaintiffs Jeni Pearsons and Michael Storc ("Plaintiffs") and defendants United States of America ("United States") and Lynne Zellhart (the United States and Lynne Zellhart are hereinafter collectively referred to as the "Defendants") hereby enter into the following stipulation to extend defendants' deadline to respond to

1

the Complaint. The stipulation is based on the following:

1. Plaintiffs served their Complaint on defendant United States on October 16, 2023 and on defendant Lynne Zellhart on November 7, 2023.

2. The United States' deadline to respond to the Complaint is December 15, 2023. Defendant Zellhart's deadline to respond to the Complaint is January 8, 2024.

3. The parties hereby stipulate that Defendants shall have an additional thirty (30) days to respond to the Complaint such that the United States' deadline to respond to the Complaint shall be January 16, 2024 and Lynne Zellhart's deadline to respond to the Complaint is February 7, 2024.

Dated: December 13, 2023      Respectfully submitted,

INSTITUTE FOR JUSTICE
Joseph Gay*
Robert Frommer*
Robert E. Johnson*

THE VORA LAW FIRM, P.C.
Lou Egerton-Wiley
Nilay U. Vora
Jeffrey Atteberry

/s/ Joseph Gay
JOSEPH GAY
Counsel for Plaintiffs
* Admitted *pro hac vice*

Dated: December 13, 2023      E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ Jasmin Yang
JASMIN YANG
Assistant United States Attorney

Attorneys for the United States of America and Lynne Zellhart

ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Jasmin Yang, am the ECF User whose ID and password are being used to file this **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**. In compliance with Local Rule 5-4.3.4(a)(2), I hereby certify and attest that Plaintiffs' counsel, Joseph Gay, has concurred in this filing.

DATED:  December 13, 2023         */s/ Jasmin Yang*

                                                    _____
                                                    JASMIN YANG
                                                    Assistant United States Attorney