UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENI PEARSONS, et al., | No. CV 23-07952-RGK-MAR |
| Plaintiffs, | [PROPOSED] ORDER APPROVING STIPULATION TO SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS |
| v. | [42] |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | Honorable R. Gary Klausner<br>United States District Judge |

    Upon good cause being shown as set forth in Stipulation to Set Briefing Schedule on Motions to Dismiss ("Stipulation") entered into between Jeni Pearsons and Michael Storc ("Plaintiffs") and the United States of America and Lynne Zellhart ("Defendants"), the Court hereby approves the Stipulation.

/ / /

/ / /

/ / /

1

IT IS HEREBY ORDERED that:

The United States and Lynne Zellhart's anticipated motions to dismiss shall be briefed and heard on the following schedule:

1. Motion Filing Deadline: January 16, 2024
2. Plaintiffs' Opposition Deadline: February 6, 2024
3. Reply Deadline: February 16, 2024
4. Hearing: March 4, 2024 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 12/14/2023

_____
THE HONORABLE R. GARY KLAUSNER
United States District Judge