# Exhibit A

**Joe Gay**

| | |
|---|---|
| **From:** | Kyndra Griffin |
| **Sent:** | Thursday, December 21, 2023 9:38 PM |
| **To:** | Joe Gay |
| **Subject:** | FW: 2nd of 2 case jobs for IJ - Summons/Complaint Service of Process 2:23-cv-07952 Pearsons v. United States, et al. |

**From:** Janis Dingman <janis@classactionresearch.com>
**Sent:** Thursday, December 21, 2023 6:36 PM
**To:** Kyndra Griffin <KGriffin@ij.org>
**Subject:** RE: 2nd of 2 case jobs for IJ - Summons/Complaint Service of Process 2:23-cv-07952 Pearsons v. United States, et al.

Hi Kyndra, I just heard from my runner and he said security came down and took all the name and went back to get someone from Legal dept but when he came back down he told the runner no one was in to come down and accept and to return tomorrow before 12pm

*To allow our employees to celebrate the holiday with their family our office will close at noon on December 22nd and December 29th.  Wishing you a peaceful and relaxing holiday with family and friends.*

*Janis Dingman*
*Class Action Research*
*PO Box 740*
*6543 Kite Hawk Place*
*Penryn, CA 95663*
*Phone: 916-663-2562*
[www.classactionresearch.com](www.classactionresearch.com)

**From:** Kyndra Griffin <KGriffin@ij.org>
**Sent:** Thursday, December 21, 2023 12:19 PM
**To:** Janis Dingman <janis@classactionresearch.com>
**Subject:** 2nd of 2 case jobs for IJ - Summons/Complaint Service of Process 2:23-cv-07952 Pearsons v. United States, et al.

Here's case 2 ready for printing and serving.  Please let me know of any questions.  Also, we don't need the proof of service today, but if you can please let me know when these documents have been delivered that will let us know if we do or don't need to file a motion regarding service today.  Again just need to know if they have in fact been served or if they were rejected at all.

- Case number for Pearsons, et al. case is 2:23-cv-07952-RGK-MAR
    -- Complaint is 38 pages long + 2 page summons, all together in one pdf ready to print out.

--5 copies need to be printed out, one each for Defendants: Kathryn Bailey Dress, Brent James, Walter Dix, Ryan Heaton, and Lesley Buchan

All 10 Summons/Complaints are to be delivered on these individuals at one address:

Los Angeles, Federal Bureau of Investigation
11000 Wilshire Boulevard, Suite 1700
Los Angeles, CA 90024

The attorney ordering service is:

Joseph Gay*
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320
jgay@ij.org
* Admitted *pro hac vice*

Happy to answer any questions,

Kyndra


Kyndra Griffin
Paralegal
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA  22203
kgriffin@ij.org
301-367-8478

2

Exhibit A

6