**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted *pro hac vice*.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **JENI PEARSONS and MICHAEL STORC,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA; and Federal Bureau of Investigation Special Agents LYNNE ZELLHART, KATHRYN BAILEY DRESS, BRENT JAMES, WALTER DIX, RYAN HEATON, and LESLEY BUCHAN, in their individual capacities,**<br><br>Defendants. | Case No. 2:23-cv-07952-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR SERVICE**<br><br>*(Filed concurrently with Notice of Motion for Extension of Time for Service and Memorandum in Support, and Declaration of Joseph Gay)*<br><br>Date: January 22, 2024<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: Sept. 22, 2023<br>Am. Complaint Filed: Dec. 19, 2023 |

On consideration of Plaintiffs' Motion for Extension of Time for Service and accompanying memorandum and declaration, it is hereby ORDERED that the motion is GRANTED. The Court finds that there is good cause under Federal Rule of Civil Procedure 4(m) to extend the 90-day deadline to serve Defendants Dress, James, Dix, Heaton, and Buchan, and that two weeks is an appropriate period to extend the service deadline.

Accordingly, the Court ORDERS that Plaintiffs shall serve Defendants Dress, James, Dix, Heaton, and Buchan by January 4, 2024, unless following further motion and a showing of good cause this Court further extends the deadline for service.

Dated this _____ day of _____, 2024.

_____
The Honorable R. Gary Klausner
United States District Judge