# EXHIBIT A

# To Affidavit of Service

9589 0710 5270 1400 8785 31

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $4.35 | 0132 |
| $0.00 | 28 |
| Extra Services & Fees (check box, add fee as appropriate) $2.20 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☒ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | DEC 22 2023 |
| ☒ Adult Signature Required $ $0.00 | ARLINGTON VA 22203 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $3.51 | 12/22/2023 |
| Total Postage and Fees $ $10.06 | |

Sent To: Kathryn Bailey Dress c/o U.S. Atty. Gen Merrick Garland

Street and Apt. No., or PO Box No.: U.S. Dept. of Justice, 950 Pennsylvania Avenue, NW

City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1400 8785 48

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Los Angeles, CA 90012

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $4.35 | 0132 |
| $0.00 | 28 |
| Extra Services & Fees (check box, add fee as appropriate) $2.20 | |
| ☐ Return Receipt (hardcopy) $ | |
| ☒ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | DEC 22 2023 |
| ☒ Adult Signature Required $ $0.00 | ARLINGTON VA 22203 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $3.51 | 12/22/2023 |
| Total Postage and Fees $ $10.06 | |

Sent To: Kathryn Bailey Dress c/o USAO C.D. of CA Civil Process Clerk

Street and Apt. No., or PO Box No.: Fed. Bldg. 300 N. Los Angeles Street, Suite 7516

City, State, ZIP+4®: Los Angeles, CA 90012-3341

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions



