# EXHIBIT A

# To Affidavit of Service

9589 0710 5270 1400 8785 55

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20530

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $ $4.35 | |
| | $0.00 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $2.20 | |
| ☒ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☒ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $3.51 | |
| Total Postage and Fees | $ $10.06 | |

0132
28

Postmark Here

USPS ARLINGTON VA 22203 DEC 22 2023

12/22/2023

Sent To
Brent James c/o U.S. Atty. Gen. Merrick Garland

Street and Apt. No., or PO Box No.
U.S. Dept. of Justice, 950 Pennsylvania Avenue, NW

City, State, ZIP+4®
Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1400 8785 62

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Los Angeles, CA 90012

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $ $4.35 | |
| | $0.00 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $2.20 | |
| ☒ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☒ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $3.51 | |
| Total Postage and Fees | $ $10.06 | |

0132
28

Postmark Here

USPS 22203 DEC 22 2023

12/22/2023

Sent To
Brent James c/o USAO C.D. of CA Civil Process Clerk

Street and Apt. No., or PO Box No.
Fed. Bldg. 300 N. Los Angeles Street Suite 7516

City, State, ZIP+4®
Los Angeles CA 90012-3341

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions



