# EXHIBIT B

# To Affidavit of Service

**Kyndra Griffin**

From: auto-reply@usps.com <auto-reply@usps.com>
Sent: Thursday, December 28, 2023 10:38 PM
To: Kyndra Griffin <KGriffin@ij.org>
Subject: USPS® Item Delivered, Individual Picked Up at Postal Facility 9589071052701400878579



Hello **Kyndra Griffin**,

Your item was picked up at a postal facility at 4:57 am on December 26, 2023 in WASHINGTON, DC 20530.

Tracking Number: **9589071052701400878579**

**Delivered, Individual Picked Up at Postal Facility**



Tracking & Delivery Options

**My Account**

**Kyndra Griffin**

From: auto-reply@usps.com <auto-reply@usps.com>
Sent: Thursday, December 28, 2023 10:39 PM
To: Kyndra Griffin <KGriffin@ij.org>
Subject: USPS® Item Delivered, Front Desk/Reception/Mail Room 9589071052701400878586



Hello **Kyndra Griffin**,

Your item was delivered to the front desk, reception area, or mail room at 1:36 pm on December 26, 2023 in LOS ANGELES, CA 90012.

Tracking Number: **9589071052701400878586**

**Delivered, Front Desk/Reception/Mail Room**



Tracking & Delivery Options

**My Account**

Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.