|   |   |
|---|---|
| 1 | **THE INSTITUTE FOR JUSTICE** |
| 2 | Joseph Gay*  jgay@ij.org |
| 3 | Robert Frommer*  rfrommer@ij.org |
| 4 | 901 N. Glebe Rd. Suite 900  Arlington, VA 22203 |
| 5 | Tel. (703) 682-9320 |
| 6 | Robert E. Johnson*  rjohnson@ij.org |
| 7 | 16781 Chagrin Blvd. Suite 256  Shaker Heights, OH 44120 |
|   | Tel. (703) 682-9320 |
| 8 | * Admitted *pro hac vice*. |
| 9 | **THE VORA LAW FIRM, P.C.** |
| 10 | Nilay U. Vora (SBN 268339)  nvora@voralaw.com |
| 11 | Jeffrey Atteberry (SBN 266728)  jatteberry@voralaw.com |
| 12 | 201 Santa Monica Blvd., Ste. 300  Santa Monica, California 90401 |
| 13 | Tel. (424) 258-5190 |
| 14 | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JENI PEARSONS AND MICHAEL STORC,** | Case No. 2:23-cv-07952-RGK-MAR |
| Plaintiffs, | **AFFIDAVIT OF SERVICE** |
| v. | |
| **UNITED STATES OF AMERICA; and Federal Bureau of Investigation Special Agents LYNNE ZELLHART, KATHRYN BAILEY DRESS, BRENT JAMES, WALTER DIX, RYAN HEATON, and LESLEY BUCHAN, in their individual capacities,** | Judge: Hon. R. Gary Klausner  Complaint Filed: September 22, 2023  Am. Complaint Filed: Dec. 19, 2023 |
| Defendants. | |

I, Kyndra Griffin, declare and state as follows:

1. At the time of service, I was over 18 years of age and not a party to the above-captioned action.

2. I am employed by the Institute for Justice in the County of Arlington, State of Virginia. My business address is Institute for Justice, 901 N. Glebe Road, Suite 900, Arlington, VA 22203.

3. I hereby certify that I was directed to serve defendants by counsel Joseph Gay, admitted *pro hac vice* into this case, along with Jeffrey Atteberry of the Vora Law Firm, a member of the Bar of this Court with whom my firm is associated with as Local Counsel on this case.

4. I further certify that on **Friday, December 22, 2023** I caused to be served by Certified Mail true and correct copies of the following documents on Defendant <u>Ryan Heaton</u>:

   ECF 44  First Amended Complaint

   ECF 47-3 Issued Summons to Ryan Heaton (in their individual capacity)

   ECF 48  Plaintiffs' Notice of Motion for Extension of Time for Service and Memorandum in Support

   ECF 48-1 Declaration of Joseph Gay in Support of Motion

   ECF 48-2 Exhibit A to Joseph Gay Declaration

   ECF 48-3 Proposed Order on Motion for Extension of Time

5. I served Defendant by mailing copies of the above documents to the following persons in accordance with Fed. R. Civ. P. 4(i)(3):

| | |
|---|---|
| Ryan Heaton<br>c/o U.S. Attorney General<br>Merrick Garland<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Ryan Heaton<br>c/o U.S. Attorney's Office, C.D. of California<br>Civil Process Clerk<br>Federal Building<br>300 North Los Angeles Street, Suite 7516<br>Los Angeles, California 90012-3341 |

6. I served true and correct copies of the documents listed in para. 4 on the persons and addresses listed in para. 5 via USPS certified mail by placing the documents to be served in sealed and addressed envelopes, postage prepaid, and by personally depositing the envelopes with the U.S. Postal Service Office located in Arlington, VA. I requested personal service of true and correct copies of the documents listed in para. 4 to be delivered to Defendant Ryan Heaton via process server pursuant to Fed. R. Civ. P. 4(e) with proof of service to be filed separately.

7. Attached to this affidavit as Exhibit A are true and correct copies of the Certified mail receipts for the above mailings reflecting tracking numbers: 9589071052701400878593 (U.S. Attorney General, Merrick Garland) and 9589071052701400878609 (U.S. Attorney General for the Central District of California).

8. Attached to this affidavit as Exhibit B are the email notifications showing that package 9589071052701400878593 (U.S. Attorney General, Merrick Garland) was delivered via individual pick-up on Tuesday December 26, 2023 and package 9589071052701400878609 (U.S. Attorney General for the Central District of California) was delivered to the front desk, reception area, or mail room on Tuesday December 26, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this _28_ day of December, 2023.

_____
Kyndra Griffin