# EXHIBIT A
# To Affidavit of Service

9589 0710 5270 1400 8784 94

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20530

OFFICIAL USE

Certified Mail Fee $ $4.35

Extra Services & Fees (*check box, add fee as appropriate*) $0.00

- [ ] Return Receipt (hardcopy) $ $2.20
- [x] Return Receipt (electronic) $ $0.00
- [ ] Certified Mail Restricted Delivery $ $0.00
- [x] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $ $3.51

Total Postage and Fees $ $10.06

0132
28

Postmark Here

ARLINGTON VA 22203 DEC 22 2023 USPS

12/22/2023

Sent To
Lesley Bechan c/o U.S. Atty. Gen. Merrick Garland

Street and Apt. No., or PO Box No.
U.S. Dept. of Justice 950 Pennsylvania Avenue, NW

City, State, ZIP+4®
D.C. 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1400 8785 17

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Los Angeles, CA 90012

OFFICIAL USE

Certified Mail Fee $ $4.35

Extra Services & Fees (*check box, add fee as appropriate*) $0.00

- [ ] Return Receipt (hardcopy) $ $2.20
- [x] Return Receipt (electronic) $ $0.00
- [ ] Certified Mail Restricted Delivery $ $0.00
- [x] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $ $3.51

Total Postage and Fees $ $10.06

0132
28

Postmark Here

ARLINGTON VA 22203 DEC 22 2023 USPS

12/22/2023

Sent To
Lesley Bechan c/o USAO C.D. of CA, Civil Process Clerk

Street and Apt. No., or PO Box No.
Fed. Bldg., 300 N. Los Angeles Street, Suite 7516

City, State, ZIP+4®
Los Angeles, CA 90012-3341

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions


