E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JASMIN YANG (Cal. Bar No. 255254)
YUJIN CHUN (Cal. Bar No. 306298)
Assistant United States Attorney
  Federal Building, Suite 7516
  300 North Los Angeles Street
  Los Angeles, California 90012
  Telephone: (213) 894-8827 (Yang)-0929 (Chun)
  Facsimile: (213) 894-7819
  E-mail: jasmin.yang@usdoj.gov
     yujin.chun@usdoj.gov

Attorneys for Lynne K. Zellhart

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENI PEARSONS, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> UNITED STATES OF AMERICA, et al., <br><br>    Defendants. | No. 2:23-cv-07952-RGK-MAR <br><br> **NOTICE OF SUBSTITUTION** <br><br> [28 U.S.C. § 2679(d)(2)] |

1    TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE

2    PLAINTIFFS, BY AND THROUGH PLAINTIFFS', COUNSEL OF RECORD:

3    NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 2679(d)(2), the

4    United States of America is hereby substituted as the Defendant herein, in place and

5    instead of Lynne K. Zellhart.  The basis for this substitution is set forth in the

6    Certification of the Acting Chief of the Civil Division for the Central District of

7    California, stating that Lynne K. Zellhart was acting within the course and scope of her

8    employment at all times relevant to the events in this action.  A true and correct copy of

9    the Certification is attached hereto.

10

11   Dated: January 16, 2024          Respectfully submitted,

12                                    E. MARTIN ESTRADA
                                      United States Attorney
13                                    DAVID M. HARRIS
                                      Assistant United States Attorney
14                                    Chief, Civil Division
                                      JOANNE S. OSINOFF
15                                    Assistant United States Attorney
                                      Chief, Complex and Defensive Litigation Section
16

17

18

19                                    ___/s/ *Jasmin Yang*_____
                                      JASMIN YANG
20                                    Assistant United States Attorney

21                                    Attorneys for Lynne K. Zellhart

22

23

24

25

26

27

28

1

<u>CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT</u>

I, Jessica O. Cheh, Acting Chief of the Civil Division, United States Attorney's Office for the Central District of California, pursuant to the provisions of 28 U.S.C. §2679(d), and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. §15.4, hereby certify as follows:

1.     I have read the First Amended Complaint ("FAC") entitled *Jeni Pearsons v. United States, et al.*, Case No. CV-07952-RGK-MAR in the United States District Court for the Central District of California.

2.     Based upon the information now available to me with respect to the incidents referred to in the FAC, defendant Lynne Zellhart was acting within the course and scope of employment with the United States at all times material to the incidents alleged in the FAC.

DATED: January 16, 2024

_____
JESSICA O. CHEH
Assistant United States Attorney
Acting Chief, Civil Division