E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JASMIN YANG (Cal. Bar No. 255254)
YUJIN CHUN (Cal. Bar No. 306298)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827 (Yang) -0929 (Chun)
    Facsimile: (213) 894-7819
    E-mail: jasmin.yang@usdoj.gov
          yujin.chun@usdoj.gov

Attorneys for Kathryn Bailey Dress, Brent James,
Walter Dix, Ryan Heaton, and Lesley Buchan

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENI PEARSONS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. 2:23-cv-07952-RGK-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: December 22, 2023<br>Current Response Date: February 20, 2024<br>New Response Date: March 21, 2024<br><br>Honorable R. Gary Klausner<br>United States District Judge |

Counsel for plaintiffs Jeni Pearsons and Michael Storc ("Plaintiffs") and defendants Kathryn Bailey Dress, Brent James, Walter Dix, Ryan Heaton, and Lesley Buchan (hereinafter collectively referred to as the "Additional Individual Defendants") hereby enter into the following stipulation to extend the Additional Individual

1

Defendants' deadline to respond to the First Amended Complaint. The stipulation is based on the following:

    1.    Plaintiffs served their First Amended Complaint on the Additional Individual Defendants on December 22, 2023.

    2.    The Additional Individual Defendants' deadline to respond to the Complaint is February 20, 2024.

    3.    The parties hereby stipulate that the Additional Individual Defendants shall have an additional thirty (30) days from February 20, 2024 through and including March 21, 2024, to respond to the First Amended Complaint.

Dated:  February 16, 2024    Respectfully submitted,

INSTITUTE FOR JUSTICE
Joseph Gay*
Robert Frommer*
Robert E. Johnson*

THE VORA LAW FIRM, P.C.
Lou Egerton-Wiley
Nilay U. Vora
Jeffrey Atteberry

/s/ Joseph Gay
JOSEPH GAY
Counsel for Plaintiffs
* Admitted *pro hac vice*

Dated:  February 16, 2024    E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ Jasmin Yang
JASMIN YANG
Assistant United States Attorney

Attorneys for Kathryn Bailey Dress, Brent James, Walter Dix, Ryan Heaton, and Lesley Buchan

ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Jasmin Yang, am the ECF User whose ID and password are being used to file this **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**. In compliance with Local Rule 5-4.3.4(a)(2), I hereby certify and attest that Plaintiffs' counsel, Joseph Gay, has concurred in this filing.

DATED: February 16, 2024          /s/ *Jasmin Yang*
                                  _____
                                  JASMIN YANG
                                  Assistant United States Attorney