No JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENI PEARSONS, et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>       Defendants. | No. CV 23-07952-RGK-MAR<br><br>[PROPOSED] ORDER APPROVING STIPULATION TO DISMISS ADDITIONAL INDIVIDUAL DEFENDANTS SUBJECT TO PRESERVATION OF RIGHT OF APPEAL [78]<br><br>Honorable R. Gary Klausner<br>United States District Judge |

    Upon good cause being shown as set forth in Stipulation to Dismiss Additional Individual Defendants Subject to Preservation of Right of Appeal ("Stipulation") entered into between Jeni Pearsons and Michael Storc ("Plaintiffs") and the United States of America and Lynne Zellhart, Kathryn Bailey Dress, Brent James, Walter Dix, Ryan Heaton, and Lesley Buchan ("Defendants"), the Court hereby approves the Stipulation.

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that:

(1) For the reasons discussed in this Court's order dismissing Defendant Zellhart (Dkt. 72), Defendants Kathryn Bailey Dress, Brent James, Walter Dix, Ryan Heaton, and Lesley Buchan are dismissed with prejudice from this action;

(2) Notwithstanding Plaintiffs' acknowledgment that this Court's reasons for dismissing the claims against Defendant Zellhart also apply to the dismissal of the claims against Kathryn Bailey Dress, Brent James, Walter Dix, Ryan Heaton, and Lesley Buchan, Plaintiffs reserve the right to appeal their dismissal on the same grounds that would apply to an appeal of Defendant Zellhart's dismissal; and

(3) With respect to Kathryn Bailey Dress, Brent James, Walter Dix, Ryan Heaton, and Lesley Buchan, each party shall bear his, her, or its own attorney's fees, costs, and expenses.

IT IS SO ORDERED.

Dated: 3/22/2024

THE HONORABLE R. GARY KLAUSNER
United States District Judge