UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23−cv−07952−RGK−MAR | Date | 4/8/2024 |
| Title | JENI PEARSONS ET AL V. UNITED STATES OF AMERICA ET AL | | |

Present :  The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Marea Woolrich | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Joseph Gay                               Yujin Chun
Robert Johnson

**Proceedings:**     **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Bench Trial (Est. 1–5 days): | December 3, 2024 at 09:00 AM |
| Pretrial Conference: | November 18, 2024 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | September 18, 2024 |
| Discovery Cut-Off Date (fact discovery): | September 4, 2024 |

Last day to amend the complaint or add parties is 5/10/2024. The parties shall participate in ADR SP 1.

**IT IS SO ORDERED.**

                                                                                       :03
                                                                Initials of Preparer: jre