JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENI PEARSONS, et al., | No. 2:23-cv-07952-RGK-MAR |
|       Plaintiffs, | [Proposed] **JUDGMENT  [87]** |
|       v. | Honorable R. Gary Klausner |
| UNITED STATES OF AMERICA, et al., | |
|       Defendants. | |

///

///

///

On May 6, 2024, the United States served a Rule 68 offer on Plaintiffs Jeni Pearsons and Michael Storc's Federal Tort Claims Act (FTCA) and Little Tucker Act claims against the United States. *See* Dkt. 87-1. On May 17, 2024, Plaintiffs accepted the Rule 68 offer. Dkt. 87-2. On May 21, 2024, the United States filed a Notice of Lodging of Accepted Rule 68 Offer, filing the offer and the notice of acceptance on the docket pursuant to Fed. R. Civ. P. 68(a). Dkt. 87.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment in this action is entered in favor of Plaintiffs Jeni Pearsons and Michael Storc and against Defendant United States of America on Plaintiffs' claims against the United States pursuant to the FTCA and the Little Tucker Act;

2. Plaintiffs are awarded the total amount of $2,000 in damages.

3. Plaintiffs may recover their costs of suit, not including attorneys' fees.

IT IS SO ORDERED.

DATED: May **23**, 2024

HONORABLE R. GARY KLAUSNER
UNITED STATES ~~MAGISTRATE~~ **DISTRICT** JUDGE